# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ANONYMOUS | : | Case No. 3:17-cv-01790-WWE |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| ANONYMOUS | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(A)(i) of the Federal Rules of Civil Procedure, the Private Party Plaintiff hereby voluntarily dismisses this action prior to the service of an answer or motion for summary judgment.

        RESPECTFULLY SUBMITTED,
        THE PRIVATE PARTY PLAINTIFF

        By: */s/ David A. Slossberg*
        David A. Slossberg [ct13116]
        HURWITZ, SAGARIN, SLOSSBERG & KNUFF, LLC
        147 North Broad Street
        Milford, CT 06460
        Tel: 203-877-8000/Fax: 203-878-9800
        DSlossberg@hssklaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that on July 13, 2021, a copy of the foregoing was filed electronically.

Notice of this filing will be sent by operation of the Court's electronic filing system.

*/s/ David A. Slossberg*
David A. Slossberg